IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DALTON BELL,

    Petitioner,

vs.                                         CASE NO. 4:07cv506-SPM/WCS

UNITED STATES OF AMERICA, et al.,

    Respondents.

_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 4) dated January 10, 2008. Petitioner has filed an objection (doc. 5) pursuant to Title 28, United States Code, Section 636(b)(1). Having considered the objection, I have determined that the report and recommendation should be adopted.

In addition to the reasons for dismissal explained in the magistrate judge's report and recommendation, the Court notes that Petitioner has not established standing to file suit on behalf other prisoners. <u>Whitmore v. Arkansas</u>, 495 U.S. 149, 161-64 (1990); <u>Ford v. Haley</u>, 195 F.3d 603, 624-25 (11th Cir. 1999).

Accordingly, it is hereby ORDERED as follows:

1.       The magistrate judge's report and recommendation (doc. 4) is

ADOPTED and incorporated by reference in this order.

    2.    The 2241 petition is summarily dismissed for lack of jurisdiction.

DONE AND ORDERED this 25th day of January, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge