IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DALTON BELL,

    Petitioner,

vs.                                    CASE NO. 4:07cv506-SPM/WCS

UNITED STATES OF AMERICA, et al.,

    Respondents.

_____/

## ORDER

    THIS CAUSE comes before the Court on Petitioner's "Motion to Consider Additional Authority Motion to Transfer Case" (doc. 8).  Having considered Petitioner's arguments, the Court finds no reason to change its ruling that Petitioner cannot maintain a habeas petition on behalf of other prisoners and that this Court lacks jurisdiction over Petitioner's own habeas claim.  The magistrate judge's report and recommendation was issued in accordance with Title 28, United States Code, Section 636(b)(1)(B).  Accordingly, it is

    ORDERED AND ADJUDGED that the "Motion to Consider Additional Authority Motion to Transfer Case" (doc. 8) is denied.

    DONE AND ORDERED this 8th day of February, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge